UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ARSHAD KHAN,

    Plaintiff,

v.                           Case No. 8:18-cv-2529-T-33SPF

UNUM LIFE INSURANCE COMPANY OF
AMERICA,

    Defendant.
_____/

### **ORDER**

This matter comes before the Court sua sponte. On December 28, 2018, this Court entered its Case Management and Scheduling Order containing the requirement that Plaintiff's counsel report to the Court the date, time, and location of the mediation with Jack Townsend, Esq. by January 4, 2019. (Doc. # 19 at 2). The Court established July 1, 2019, as the deadline for conducting the mediation conference.

Plaintiff failed to comply with the Scheduling Order and has not filed a Notice advising the Court of the date, time, and location of the mediation with Jack Townsend, Esq. Accordingly, Plaintiff shall by **January 18, 2019**, advise the Court of the date, time, and location of the mediation conference with Jack Townsend, Esq. Failure to comply with this Order will result in the entry of an order to show cause why this action should not be dismissed without prejudice for

failure to prosecute.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

Plaintiff shall, by **January 18, 2019,** advise the Court of the date, time, and location of the mediation conference with Jack Townsend, Esq.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 11th day of January, 2019.

*/s/ Virginia M. Hernandez Covington*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE